**Electronically Filed**
**Intermediate Court of Appeals**
**30057**
**22-FEB-2011**
**12:43 PM**

NO. 30057

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


AMERICAN HOME MORTGAGE SERVICING, INC., Plaintiff-Appellee, v.
KIN-CHUNG ROCKY YEUNG, Defendant-Appellant, and
JOHN and MARY DOES 1-10, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-0816)


ORDER DENYING DEFENDANT-APPELLANT'S
MOTION FILED ON FEBRUARY 18, 2011
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of Defendant-Appellant Kin-Chung Rocky Yeung's (Appellant) Request for Reconsideration (reconsideration motion) filed on February 18, 2011, the papers in support, and the records and files herein: (1) neither this court nor the Hawai'i Supreme Court has issued a stay of the writ of ejectment issued by the circuit court; and (2) the correct panel of judges of this court considered and ruled on Appellant's motion filed on February 7, 2011.

Therefore, IT IS HEREBY ORDERED THAT Appellant's reconsideration motion filed on February 18, 2011 is denied.

DATED: Honolulu, Hawai'i, February 22, 2011.

Presiding Judge

Associate Judge

Associate Judge

2